IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DIVISION OF TENNESSEE
WESTERN DIVISION

FILED BY ule D.C.

05 JUN -1 PM 3:58

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| CABOODLES COSMETICS, LIMITED PARTNERSHIP, a Nevada limited partnership, and HHS, LIMITED PARTNERSHIP, a Nevada limited partnership,<br>　　　　Plaintiffs,<br>v.<br><br>CABOODLES, LLC, a Delaware limited company, and GLIMPSO, LLC,<br><br>　　　　Defendants. | NO: 05-2179-DP |
| CABOODLES, LLC, a Delaware limited company,<br>　　　　Counter-Plaintiff,<br>v.<br><br>CABOODLES COSMETICS, LIMITED PARTNERSHIP, a Nevada limited partnership, HSS, LIMITED PARTNERSHIP, a Nevada limited partnership, ANDREW MANN, and PETER HENNING,<br>　　　　Counter-Defendants. | |

## ORDER ADMITTING COUNSEL *PRO HAC VICE*

Upon Robert L. Crawford's Motion for Admission *Pro Hac Vice* of Meghan M. Hubbard filed herein,

IT IS ORDERED, ADJUDGED AND DECREED by the Court that:

Meghan M. Hubbard, a member in good standing of the bar of the State of Illinois and the United States District Court for the Northern District of Illinois, is hereby admitted *pro hac vice* in this action pursuant to Local Rule 83.1(b).

_____
UNITED STATES DISTRICT JUDGE

ENTERED THIS 31st day of May, 2005.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-8-05

18

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CV-02179 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Douglas A. Black
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Michael C. Patton
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Antonio L. Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Bernice Donald
US DISTRICT COURT