IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _M_ D.C.

05 SEP -9 PM 2: 19

CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| CABOODLES COSMETICS, LIMITED PARTNERSHIP, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civ. No. 05-2179-D/P |
| CABOODLES, LLC, et al., | ) ) | |
| Defendants. | ) ) ) | |
| CABOODLES, LLC, | ) ) | |
| Counter-Plaintiff, | ) ) | |
| vs. | ) ) | |
| CABOODLES COSMETICS, LIMITED PARTNERSHIP, et al., | ) ) ) | |
| Counter-Defendants. | ) ) | |

ORDER STAYING SCHEDULING CONFERENCE AND DISCOVERY

On September 8, 2005, the parties appeared before the court
for a scheduling conference pursuant to Fed. R. Civ. P. 16(b). At
that time, the plaintiff and counter-defendant made an oral motion
to stay the scheduling conference and all discovery until such time
that the court has ruled on the parties' pending motion to compel
arbitration. For good cause shown, and the defendants having no
opposition thereto, the oral motion to stay is GRANTED.

This document entered on the docket sheet in compliance
with Rule 58 and/ .79(a) FRCP on _____

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

September 9, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:05-CV-02179 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Michael C. Patton
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Douglas A. Black
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Antonio L. Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT